UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | PO409-156 CR408-204 |
| TERRY LEHMAN, | ) ) | |
| Defendant. | ) | |

## ORDER

For the limited purpose of managing this Court's docket, the well-aged (2012) motion to recuse is DENIED as moot. Doc. 14.

**SO ORDERED**, this 26th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA